UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRESTONE FINANCIAL, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-11597** |
| **SUFIAN MUSTAFA HAMED, ET AL** | **SECTION: "S" (1)** |

### ORDER AND REASONS

Before the court is the Motion for Summary Judgment, filed by plaintiff, Firestone Financial, LLC. Rec. Doc. 16. The motion is unopposed. Accordingly,

**IT IS HEREBY ORDERED** that the **Motion for Summary Judgment** (Rec. Doc. 16) is **GRANTED**, awarding judgment in favor of the defendants in the amount of $89,220.68 plus reasonable attorneys' fees and costs, to be established through a separate motion.

New Orleans, Louisiana, this __18th__ day of March, 2020.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**