UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRESTONE FINANCIAL, LLC | *   CIVIL ACTION NO. 19-11597 |
| | * |
| | *   SECTION: "S"(1) |
| VERSUS | * |
| | *   JUDGE MARY ANN VIAL LEMMON |
| | * |
| SUFIAN MUSTAFA HAMED, ET AL. | *   MAGISTRATE JUDGE |
| | *   JANIS VAN MEERVELD |
| ************************************ | * |

## REPORT AND RECOMMENDATION

Before the Court is the Motion to Fix Amount of Attorneys' Fees filed by plaintiff Firestone Financial, LLC ("Firestone") seeking a final judgment in the amount of $89,220.68 plus $37,358.50 in attorneys' fees and costs. (Rec. Doc. 27). The Motion was referred to the undersigned. Defendants' opposition memorandum was due on April 21, 2020, pursuant to Local Rule 7.5E. No memorandum in opposition was filed. Accordingly, this motion is deemed to be unopposed, and, further, it appearing that the motion has merit,[1]

IT IS RECOMMENDED that Firestone's Motion be GRANTED; that Firestone be awarded $37,358.50 in attorneys' fees and costs; and that the Court issue a final judgment in Firestone's favor in the amount of $89,220.68 plus $37,358.50 in attorneys' fees and costs.

### Objections

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from

---

[1] On March 18, 2020, the District Court granted Firestone's Motion for Summary Judgment seeking an award of $89,220.68 for amounts due under a financing contract and guaranty. The uncontroverted facts establish that Firestone is entitled to its reasonable attorneys' fees, actual court costs, and collection costs. See Equipment Finance Agreement, Rec. Doc. 16-4, at 8 ¶8; Master Unlimited Guaranty, id. at 11, ¶ 11. Firestone has made an uncontested showing that the attorneys' fees and expenses incurred are reasonable.

attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this  15th  day of May, 2020.

                                                                       */s/ Janis van Meerveld*
                                                                            Janis van Meerveld
                                                                  United States Magistrate Judge