UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRESTONE FINANCIAL, LLC | * | CIVIL ACTION NO. 19-11597 |
| | * | |
| | * | SECTION: "S"(1) |
| VERSUS | * | |
| | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| SUFIAN MUSTAFA HAMED, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

Before the Court is the Motion for to Fix Amount of Attorneys' Fees filed by plaintiff Firestone Financial, LLC ("Firestone") seeking a final judgment in the amount of $89,220.68 plus $37,358.50 in attorneys' fees and costs. (Rec. Doc. 27), which was referred to the Magistrate Judge. The Magistrate Judge issued a Report and Recommendation on May 15, 2020. The Court, after considering the parties' memoranda, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that Firestone's Motion is GRANTED; Firestone is hereby awarded $37,358.50 in attorneys' fees and costs to be paid by the defendants. The court will separately issue a judgment in this amount plus the $89,220.68 previously found owed to Firestone.

New Orleans, Louisiana, this  5th  day of June, 2020.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE